# Court of Appeals
# of the State of Georgia

ATLANTA, June 01, 2020

*The Court of Appeals hereby passes the following order:*

### A20A1722. LYNETTE BEAVERS v. GEORGIA DEPARTMENT OF HUMAN SERVICES, EX REL., HANNAH BEAVERS et al.

The Georgia Department of Human Services brought an action against Lynette Beavers, seeking to collect past-due child support. The superior court entered an order directing that an Income Deduction Order be entered for the collection of the arrearage amount. Beavers filed this direct appeal from the superior court's order. We lack jurisdiction.

OCGA § 5-6-35 (a)(2) provides that appeals in "domestic relations cases" must be brought by application for discretionary appeal. Because this case involves the collection of child support, it is a domestic relations case within the meaning of the statute. See *Booker v. Ga. Dept. of Human Resources*, 317 Ga. App. 426, 426-427 (731 SE2d 110) (2012). Accordingly, Beavers was required to comply with the discretionary appeal procedure to obtain review of the superior court's order. "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Beavers's failure to comply with the discretionary appeals procedure deprives this Court of jurisdiction over this direct appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 06/01/2020

 I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
 Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.